UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20139 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HECTOR AGUILAR,

    Defendant(s).

_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Government's Motion to Strike, filed August 28, 2008. (DE 699). The Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Document # 695 is hereby terminated from the Court's pending motion list.

**DONE AND ORDERED** at West Palm Beach, Florida, this 4 day of September, 2008.

                                                          DONALD M. MIDDLEBROOKS
                                                          UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record